JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANZORIG CHIMEDDORJ, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | No. 8:24-CV-02771-DOC-KESx <br><br> **ORDER RE:** <br> **JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [8]** <br><br> Honorable David O. Carter <br> United States District Judge |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until January 23, 2026 upon which the parties will move to lift the stay.

Dated: February 18, 2025

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE